# EXHIBIT A



# EXHIBIT B



**Kelley Blue Book**
THE TRUSTED RESOURCE



**Don't Buy a Used Car Without CARFAX**

Home   New Cars   Used Cars   Research & Explore   News & Reviews   Ready To Buy   Classifieds   L
List Your Car for Sale  |  Search Used Car Listings  |  Free Dealer Price Quote  |  Find a Dealer

## 2002 BMW 745Li
## $21,900

Email a Friend      Prin

[ Back to Results ]   [ Modify Search ]

**Contact Seller**

**Clean Cutt Autos**
See Dealership Details

[ Get A Loan ]

Get Phone Number

Get Directions


Car Details

**Next Steps**

Calculate Monthly Payments

**Specific information** about this car. AT Car ID: AT-F320478 

Shopping Tools

   Don't buy a used car without CARFAX.   Get a Free CA Record Check BMW.

Rates As Low As 5.44% APR For This BMW
Get A Free CARFAX Record Check For This BMW
Get Your Credit Score Now
Get A Free Insurance Quote For This BMW

**Kelley Blue Book Value**

| Price | $21,900 |
| Body Style | Sedan |
| Mileage | Unlisted |

**Seller's Comments**

2002 BMW 745LI, fully loaded, lthr int, mnrf, Premium whls, $21,900. C New Castle DE (mi47bt)

**Disclaimer**

**Sales Tax, Title, License Fee, Registration Fee, Dealer Documentar**

# EXHIBIT C

| | | |
|---|---|---|
| **Chairperson**<br>STEPHEN A. GLASSMAN<br>**Vice Chairperson**<br>RAQUEL O. YIENGST<br>**Secretary**<br>DANIEL D. YUN<br>**Assistant Secretary**<br>REV. DR. JAMES EARL GARMON, SR.<br>**Executive Director**<br>HOMER C. FLOYD | <br>**COMMONWEALTH OF PENNSYLVANIA**<br>**Human Relations Commission**<br>**301 Chestnut, Suite 300**<br>**Harrisburg, PA 17101-2702**<br>(717) 787-4410 voice<br>(717) 787-4087 TTY<br>www.phrc.state.pa.us | **Commissioners**<br>ISMAEL ARCELAY<br>M. JOEL BOLSTEIN<br>J. WHYATT MONDESIRE<br>S. KWEILIN NASSAR<br>GERALD S. ROBINSON<br>SYLVIA A. WATERS<br>DANIEL L. WOODALL, JR. |

February 19, 2010

Sharon Lopez
35 East Orange Street, Suite 301
Lancaster PA 17602

RE:  George Patterson v Freedom Used Cars
     Case No. 200804132

Dear Sharon Lopez:

It has been one year since you filed your complaint with the Pennsylvania Human Relations Commission. This is to notify you that you now have the right to bring an action in the appropriate Pennsylvania Court of Common Pleas based on the alleged violations of the PHRAct contained in your Commission complaint. This right is provided under Section 12(c) of the Human Relations Act, 43, P.S. § 962(c).

Please be advised that you are not required to file such an action in the State Court of Common Pleas. The Commission is continuing to process your case, and we will make every effort to resolve it as soon as possible. If we are not notified otherwise, we will assume that you want the Commission to continue handling your case.

If you do file a complaint in a Court of Common Pleas, the Commission will dismiss your complaint. This means that you will be unable to have the Commission decide your case even if your complaint is dismissed in State Court because of a procedural error. Procedural errors may include filing the complaint in State Court in the wrong county or filing in State Court after your time to file has expired. For this reason, you should make every effort to assure that any complaint you file in State Court will be properly filed before you file it.

If you believe you might want to take your case to State Court, we suggest that you consult a private attorney about representing you in that action. This should be done before you file the complaint so that your attorney may advise you on the best course of action for you to take.

Should you file a complaint in State Court, you are required by Section 12(c)(2) of the Pennsylvania Human Relations Act to serve the Human Relations Commission with a copy of the Court complaint. This copy must be served on the Commission at the same time you file it in Court. The copy is to be sent to:

> Michael Hardiman, Chief Counsel - Pennsylvania Human Relations Commission
> 301 Chestnut Street - Suite 300   P.O. Box 3145
> Harrisburg, PA 17105-3145

If you have any questions concerning this matter, please feel free to contact the investigator who is handling your case.

Very truly yours,

Arberdella White-Davis
Director of Compliance
AWD: elr

1 Yr Letter

# EXHIBIT D