**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| George Patterson, : | |
|     Plaintiff : | |
| : | No. 10-cv-00996 |
| v. : | |
| : | The Honorable Lawrence F. Stengel |
| Bernard Avernebe, d/b/a : | |
| Freedom Used Cars. : | |
|     Defendant | |

**ENTRY OF APPEARANCE**

**TO THE CLERK:**

    Kindly enter the appearance of Andrea C. Farney as counsel for Plaintiff George Patterson in the above-captioned matter.

                                  **TRIQUETRA LAW ®**

                          By: _/s/ Andrea C. Farney_
                                Attorney for Plaintiff
                                PA ID No. 204317
                                The Offices at Marion Court
                                35 E. Orange Street, Suite 301
                                Lancaster, PA 17602
                                (717) 299-6300 Phone
                                (717) 299-6338 Fax
                                Farney@TriquetraLaw.com

Dated: _June 29, 2010_

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| George Patterson, | : | |
|     Plaintiff | : | |
|  | : | No. 10-cv-00996 |
| v. | : | |
|  | : | The Honorable Lawrence F. Stengel |
| Bernard Avernebe, d/b/a | : | |
| Freedom Used Cars. | : | |
|     Defendants | : | |

**CERTIFICATE OF SERVICE**

I, Andrea C. Farney, hereby certify that on this day, a true and correct copy of the foregoing has been served upon the following counsel via electronic mail and regular mail to the following counsel of record:

> Richard A. Polachek, Esquire
> **POLACHEK & ASSOCIATES, P.C.**
> Phoenix Plaza, Suite 600
> 22 East Union Street
> Wilkes-Barre, PA 18701-2723

℣**TRIQUETRA LAW ®**

Dated: June 29, 2010

By: _/s/ Andrea C. Farney_
Attorney for Plaintiff
PA ID No. 204317
The Offices at Marion Court
35 E. Orange Street, Suite 301
Lancaster, PA 17602
(717) 299-6300 Phone
(717) 299-6338 Fax
Farney@TriquetraLaw.com