**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| George Patterson,  :  Plaintiff  : | Case No. 10-cv-996 |
| : | (Hon. Judge Lawrence Stengel) |
| v.  : | |
| Bernard Avernebe d/b/a Freedom Used Cars  :  Defendants.  : | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY BRIEF**

Plaintiff Patterson, by and through his counsel, Sharon R. López and **TRIQUETRA LAW,** moves this Court to permit him to file a reply brief to Defendant's Response to Plaintiff's First Motion to Amend his Complaint pursuant to Fed. R. Civ. P. 15(a)(2). In support, Plaintiff, through counsel, declares that:

1. Defendant raised objections to the Motion to Amend that require legal response.

2. Defendant claims he is prejudiced by new legal claims, but Plaintiff merely cited the wrong statute so no new legal theory is added to Plaintiff's Amended Complaint.

3. Defendant claims the proposed Amendment is unduly late but Plaintiff did not have improper motive in filing the Amended Complaint when he did.

                                                  Respectfully submitted:
                                                  **TRIQUETRA LAW ®**

Dated: January 15, 2011

                                                  Sharon R. López
                                                Attorney for Plaintiff Deborah Bower
                                                35 East Orange Street, Suite 301
                                                Lancaster, PA  17602
                                                (717)  299-6300 (Telephone)
                                                (717)  299-6300 (Fax)
                                                Lopez@TriquetraLaw.com
                                                PA ID 70605

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| George Patterson | : | Civil Action |
|     Plaintiff, | : | |
| | : | No. 10-cv-996 – LS |
|     v. | : | |
| | : | Jury Trial Demanded |
| Bernard Avernebe d/b/a | : | |
| Freedom Used Cars | : | |
|     Defendant. | : | |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2011, after consideration of the plaintiff's motion for leave to file a reply brief, it is hereby **ORDERED** that the motion is **GRANTED.**

**BY THE COURT:**

_____
Lawrence F. Stengel, J.
United States District Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| George Patterson | : | Civil Action |
|     Plaintiff, | : | |
| | : | No. 10-cv-996 – LS |
| v. | : | |
| | : | Jury Trial Demanded |
| Bernard Avernebe d/b/a | : | |
| Freedom Used Cars | : | |
|     Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Sharon R. López, Esquire, counsel for the Plaintiff, George Patterson, hereby certify that the foregoing is available for viewing and downloading via ECF and I served a copy of the foregoing motion and proposed Order to Counsel for the Defendant at the following address:

Richard A. Polachek, Esquire
**POLACHEK & ASSOCIATES, P.C.**
Phoenix Plaza, Suite 600
22 East Union Street
Wilkes-Barre, PA 18701 – 2723
*Counsel for the Defendant*

                                              Respectfully submitted,
                                              **TRIQUETRA LAW ®**

Dated: January 15. 2011                      _/s/ Sharon López_

                                              Sharon R. López
                                              Attorney for Plaintiff George Patterson
                                              35 East Orange Street, Suite 301
                                              Lancaster, PA  17602
                                              (717)  299-6300 (Telephone)
                                              (717)  299-6300 (Fax)
                                              [Lopez@TriquetraLaw.com](mailto:Lopez@TriquetraLaw.com)
                                              PA ID 70605