**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| George Patterson | : | Civil Action |
|     Plaintiff, | : | |
| | : | No. 10-cv-996 – LS |
| v. | : | |
| | : | Jury Trial Demanded |
| Bernard Avernebe d/b/a | : | |
| Freedom Used Cars | : | |
|     Defendant. | : | |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2011, after consideration of the plaintiff's motion for leave to file a reply brief, it is hereby **ORDERED** that the motion is **GRANTED.**

                                **BY THE COURT:**

                                Lawrence F. Stengel, J.
                                United States District Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| George Patterson | : | Civil Action |
| Plaintiff, | : | |
| | : | No. 10-cv-996 – LS |
| v. | : | |
| | : | Jury Trial Demanded |
| Bernard Avernebe d/b/a | : | |
| Freedom Used Cars | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

 I, Sharon R. López, Esquire, counsel for the Plaintiff, George Patterson, hereby certify that the foregoing is available for viewing and downloading via ECF and I served a copy of the foregoing motion and proposed Order to Counsel for the Defendant at the following address:

Richard A. Polachek, Esquire
**POLACHEK & ASSOCIATES, P.C.**
Phoenix Plaza, Suite 600
22 East Union Street
Wilkes-Barre, PA 18701 – 2723
*Counsel for the Defendant*

 Respectfully submitted,
 **TRIQUETRA LAW ®**

Dated: January 15. 2011

Sharon R. López
Attorney for Plaintiff George Patterson
35 East Orange Street, Suite 301
Lancaster, PA  17602
(717)  299-6300 (Telephone)
(717)  299-6300 (Fax)
Lopez@TriquetraLaw.com
PA ID 70605