## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE PATTERSON,<br>Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 10-996 |
| | : | |
| BERNARD AVERBEKE<br>d/b/a Freedom Used Cars,<br>Defendant | : | |

## ORDER

AND NOW, this 6th day of September, 2011, upon consideration of the parties' cross-motions for summary judgment (Documents #43 and 48), the responses thereto (Documents #60 and 66), and after a hearing on the motions, IT IS HEREBY ORDERED that the motions are DENIED in their entirety.

IT IS FURTHER ORDERED upon consideration of the plaintiff's motion to strike (Document #88), and the defendant's response (Document #94), and after a hearing on the motion, that the motion is DENIED, reserving the right to re-visit the motion to strike at trial if required.

BY THE COURT:

LAWRENCE F. STENGEL, J.