IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE PATTERSON,** | : | **CIVIL ACTION** |
| Plaintiff | : | |
| | : | |
| vs. | : | **NO. 10-0996** |
| | : | |
| **BERNARD AVERBEKE** | : | |
| d/b/a Freedom Used Cars, | : | |
| Defendant | : | |

## V E R D I C T   S H E E T
### (Page One)

1. Do you find, by a preponderance of the evidence, that Defendant Bernard Averbeke denied Plaintiff George Patterson the opportunity to inspect, test drive, and/or purchase a car on January 22, 2009, at his dealership, Freedom Used Cars, in East Petersburg, Pennsylvania?

    NO _____      YES ___✓___

(If you answered "Yes," proceed to Question #2. If you answered, "No," your deliberations are complete. The foreperson should sign and date the last page of this document, and notify a member of the Judge's staff that you have reached a verdict. Await further instructions.)

2. Do you find that Plaintiff George Patterson demonstrated by a preponderance of the evidence that Defendant Bernard Averbeke's articulated reason why he denied the plaintiff an opportunity to inspect, test drive, and/or purchase the car, is merely a pretext for discrimination, and not the actual motivation behind his conduct?

    NO ___✓___      YES _____

(If you answered "Yes," proceed to Question #3. If you answered, "No," your deliberations are complete. The foreperson should sign and date the last page of this document, and notify a member of the Judge's staff that you have reached a verdict. Await further instructions.)

**Verdict Sheet**
**10-0996**
**Page Two**

3. If you answered "Yes" to Questions #1 and #2, do you find, by a preponderance of the evidence, that Plaintiff George Patterson's race was a determinative factor in Defendant Bernard Averbeke's conduct with respect to the plaintiff on January 22, 2009?

NO _____     YES _____

(If you answered "Yes," proceed to Question #4. If you answered, "No," your deliberations are complete. The foreperson should sign and date the last page of this document, and notify a member of the Judge's staff that you have reached a verdict. Await further instructions.)

4. Do you find, by a preponderance of the evidence, that Defendant Bernard Averbeke's conduct played a substantial part in bringing about an injury to Plaintiff George Patterson?

NO _____     YES _____

(If you answered "Yes," proceed to Question #5. If you answered, "No," your deliberations are complete. The foreperson should sign and date the last page of this document, and notify a member of the Judge's staff that you have reached a verdict. Await further instructions.)

**Verdict Sheet**
**10-0996**
**Page Three**

5. Please state the amount you find that would fairly compensate Plaintiff George Patterson for any injury he actually sustained as a result of Defendant Bernard Averbeke's conduct.

$ _____

(Please respond to Question #6, if applicable)

6. If you entered "$0" as an amount in Question #5, you must award Plaintiff George Patterson nominal damages in the amount of one dollar ($1.00).

$ _____

(You are finished your deliberations.
The foreperson should sign and date this page,
and notify a member of the Judge's staff
that you have reached a verdict.
Await further instructions.)

5/8/13                                                             *[signature]*
Date                                                               Signature of Jury Foreperson