**Law Offices Of Polachek & Clark, P.C.**
BY **RICHARD A. POLACHEK, ESQUIRE**
ATTORNEY FOR **DEFENDANT, BERNARD AVERBEKE d/b/a FREEDOM USED CARS**
IDENTIFICATION NO. **35283**
PHOENIX PLAZA
22 EAST UNION STREET, SUITE 600
WILKES-BARRE, PA 18701-2723
(570) 822-8515   FAX (570) 822-5748

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE PATTERSON, | : | NO. 5:10-cv-00996 |
| PLAINTIFF | : | |
| | : | CIVIL ACTION - LAW |
| V. | : | JURY TRIAL DEMANDED |
| BERNARD AVERBEKE d/b/a | : | |
| FREEDOM USED CARS, | : | (Judge Lawrence F. Stengel) |
| DEFENDANT | : | *ELECTRONICALLY FILED* |

**ITEMIZATION OF BILL OF COSTS**

**I.**   **FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE**

1.   Invoice from Pamela J. Dogger, RPR, dated 10/14/2010 for
     Transcripts of Depositions taken 09/30/2010                                   610.70

2.   Invoice from Pamela J. Dogger, RPR, dated 11/09/2010 for
     Transcripts of Depositions taken 10/15/2010                                   962.40

3.   Invoice from Pamela J. Dogger, RPR, dated 12/23/2010 for
     Transcript of Depositions taken 12/13/2010                                    196.40

                                             **SUBTOTAL I:**          **1769.10**
*************************************************************************

**II.**     **FEES FOR WITNESSES (DEPOSITION AND TRIAL)**

1.     Deposition witness fee paid to James Bachman for
        Discovery Deposition taken 09/30/2010                          50.00
        ($40.00 statutory fee + 32¢ per mile/18.8 miles)

2.     Deposition witness fee paid to Benjamin Burgos for
        Discovery Deposition taken 10/15/2010                          50.00
        ($40.00 statutory fee + 32¢ per mile/1.2 miles)

3.     Deposition witness fee paid to Darlene Burgos-Patterson
        for Discovery Deposition taken 10/15/2010                      50.00
        ($40.00 statutory fee + 32¢ per mile/1.7 miles)

4.     Trial witness fee paid to Benjamin Burgos for 05/07/2013        89.92
        ($40.00 statutory fee + 32¢ per mile/78 miles)

5.     Trial witness fee paid to Darlene Burgos-Patterson for 05/07/2013  92.36
        ($40.00 statutory fee + 32¢ per mile/81.8 miles)

                                        **SUBTOTAL II:**              **332.28**
*********************************************************************************
**III.**    **FEES FOR EXEMPLIFCATION AND THE COSTS OF MAKING COPIES OF ANY**
            **MATERIALS WHERE THE COPIES ARE NECESSARILY OBTAINED FOR USE**
            **IN THE CASE**

1.     Invoice dated 12/01/2010 from The Quick Printers for copies required
        for production of Defendant's prior and subsequent sales records    1780.94

2.     Invoice dated 02/16/2011 from Ed Barth Video Services
        for copy of  video taken by Plaintiff's counsel of inspection
        of Freedom Used Cars lot                                            135.00

3.     Invoice dated 02/22/2011 from The Quick Printers for copies required
        for production of Defendant's prior and subsequent sales records    795.00

4.   Invoice dated 12/05/2012 from The Quick Printers for color prints
     of photos for use at Arbitration                                        15.26

5.   Invoice dated 12/16/2012 from The Quick Printers for copies of
     Defendant's Arbitration Exhibits for use at Arbitration                344.50

6.   Invoice dated 05/03/2013 from The Quick Printers for copies of
     Defendant's Trial Exhibits for use at Trial                            280.90

7.   Invoice dated 05/03/2013 from Staples for 6 binders for use
     for Defendant's Trial Exhibits at Trial                                 63.54

8.   Invoice dated 05/08/2013 from Exhibit A for scanning of
     Defendant's Trial Exhibits for use at Trial done on 05/01/2013         150.00

                                          **SUBTOTAL III:**      **3565.14**
*************************************************************************

## IV.   COMPENSATION OF INTERPRETERS AND COSTS OF SPECIAL INTERPRETATION SERVICES UNDER 28 U.S.C. 1828

1.   Invoice dated 10/15/2010 from Luz B. Meck for interpretation
     services provided at Deposition of Benjamin Burgos                     225.00

                                          **SUBTOTAL IV:**       **225.00**
*************************************************************************

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RECAPITULATION

| | |
|---|---|
| SUBTOTAL I: | 1769.10 |
| SUBTOTAL II: | 332.28 |
| SUBTOTAL III: | 3565.14 |
| SUBTOTAL IV: | 225.00 |
| **TOTAL OF ALL COSTS - I THROUGH IV ABOVE:** | **5891.52** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*SUBMITTED BY:*

**POLACHEK & CLARK, P.C.**
*/s/ RICHARD A. POLACHEK, ESQUIRE*
**RICHARD A. POLACHEK, ESQUIRE**
**Counsel for Defendant**
**PA I.D. Number 35283**
**22 East Union Street, Suite 600**
**Wilkes-Barre, PA 18701-2723**
**(570) 822-8515; (570) 822-5748 [fax]**
**PolachekLaw@epix.net**

PAMELA J. DOGGER, RPR
"Registered Professional Reporter"
1525 Oregon Pike, Suite 1902
Lancaster, Pa  17601

October 14, 2010

INVOICE #5816

POLACHEK & ASSOCIATES, P.C.
Richard A. Polachek, Esquire
Phoenix Plaza
22 East Union Street,
Suite 600
Wilkes-Barre, Pa  18701-2723
(570) 833-8515

In Re:

September 30, 2010
RE:  PATTERSON VS. AVERBEKE, FREEDOM USED CARS

DEPOSITION(s) OF:  BACHMAN - 93 pages - Original plus one
copy as ordered by MR. POLACHEK  @ $3.10 per page

        SANDILLON - 26 pages - one copy as
ordered by MR. POLACHEK  @ $2.10 per page

        AVERBEKE - 118 pages - one copy
as ordered by MR. POLACHEK @ $2.10 per page

        Exhibit reproduction $10.00

        Postage and handling  $10.00


        Total Due:  $610.70

Please make payment to:  Pamela J. Dogger
Tax I.D. # 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
TERMS:  Invoices are due and payable upon receipt.  There is a
late charge of 1.5% per month aded to invoices not paid within 30
days of original invoice date.  If it is necessary for us to
utilize a collection agency and/or an attorney to recover any
amounts due, all related collection fees, 20% for attorneys'
fees, and all court costs will be added to the invoice.
TO RECEIVE PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH
PAYMENT

PAMELA J. DOGGER, RPR
"Registered Professional Reporter"
1525 Oregon Pike, Suite 1902
Lancaster, Pa  17601

November 9, 2010          dogger.pam@gmail.com

INVOICE #5840               (717) 392-8918

POLACHEK & ASSOCIATES, P.C.
Richard A. Polachek, Esquire
Phoenix Plaza
22 East Union Street,
Suite 600
Wilkes-Barre, Pa  18701-2723
(570) 833-8515

In Re:

October 15, 2010
RE:  PATTERSON VS. AVERBEKE, FREEDOM USED CARS

DEPOSITION(s) OF:  BENJAMIN BURGOS - 74 pages - Original
plus one copy as ordered by MR. POLACHEK  @ $3.10 per page

DARLENE BURGOS - 54 pages - Original plus
one copy as ordered by MR. POLACHEK  @ $3.10 per page

PATTERSON - 176 pages - Original plus one
copy as ordered by MR. POLACHEK @ $3.10 per page

304 PAGES TOTAL

Exhibit reproduction $10.00

Postage and handling  $10.00

Total Due:  $962.40

Please make payment to:  Pamela J. Dogger
Tax I.D. # 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
TERMS:  Invoices are due and payable upon receipt.  There is a
late charge of 1.5% per month aded to invoices not paid within 30
days of original invoice date.  If it is necessary for us to
utilize a collection agency and/or an attorney to recover any
amounts due, all related collection fees, 20% for attorneys'
fees, and all court costs will be added to the invoice.
TO RECEIVE PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH

PAMELA J. DOGGER, RPR
"Registered Professional Reporter"
1525 Oregon Pike, Suite 1902
Lancaster, Pa  17601

December 23, 2010          dogger.pam@gmail.com

INVOICE #5870                    (717) 392-8918

POLACHEK & ASSOCIATES, P.C.
Richard A. Polachek, Esquire
Phoenix Plaza
22 East Union Street,
Suite 600
Wilkes-Barre, Pa  18701-2723
(570) 833-8515

In Re:

December 13, 2010

RE:  PATTERSON VS. AVERBEKE, FREEDOM USED CARS

DEPOSITION(s) OF:  ELVIN BURGOS - 60 pages - Original plus
one copy as ordered by MR. POLACHEK  @ $3.10 per page

Postage and handling  $10.00

Total Due:  $196.00

Please make payment to:  Pamela J. Dogger
Tax I.D. # 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
TERMS:  Invoices are due and payable upon receipt.  There is a
late charge of 1.5% per month aded to invoices not paid within 30
days of original invoice date.  If it is necessary for us to
utilize a collection agency and/or an attorney to recover any
amounts due, all related collection fees, 20% for attorneys'
fees, and all court costs will be added to the invoice.
TO RECEIVE PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH
PAYMENT

Law Offices

# POLACHEK & ASSOCIATES, P.C.

RICHARD A. POLACHEK
FRANCIS G. WENZEL, JR.
THOMAS P. CLARK
TRICIA JONES WATTERS

PHOENIX PLAZA
SUITE 600
22 EAST UNION STREET
WILKES-BARRE, PENNSYLVANIA 18701-2723
(570) 822-8515
Fax (570) 822-5748
E-Mail PolachekLaw@epix.net

LACKAWANNA COUNTY OFFICE
SCRANTON LIFE BUILDING
SUITE 512, 538 SPRUCE STREET
SCRANTON, PA 18503
(570) 822-8515

August 24, 2010

Sharon R. Lopez, Esquire
Triquetra Law
35 East Orange Street, Suite 301
Lancaster, PA 17602

RE:  **George Patterson v.  Bernard E. Avernebe d/b/a Freedom Used Cars**
     **USDC No: 5:10-cv-00996**
     **Our File No: 10-1035**

Dear Ms. Lopez:

This will serve to confirm that we have scheduled the Depositions of the parties and witnesses in this matter to be conducted at your office on Thursday, 09/30/2010, Friday, 10/01/2010, and Saturday, 10/02/2010 (if necessary).

I enclose herewith a Notice of Deposition directed to Plaintiff, George Patterson, together with Subpoenas, Notices of Depositions and witness fees directed to Darlene Burgos, Benjamin Burgos and James Bachman, in accordance with your agreement to accept service on behalf of the witnesses.  Please sign and return the Acceptance of Service that is included with each of the Subpoenas.

This will also confirm that you will be forwarding a Notice of Deposition for Defendant, Bernard Avernebe, and a Subpoena and Notice of Deposition for Jean Luc Sandillon, and that I have agreed to accept service on behalf of Mr. Sandillon.

Finally, this will confirm that you have retained a court reporter in the Lancaster area for all Depositions.

August 24, 2010
Page 2


     In the meantime, should you have any questions concerning this matter, please feel free to contact me.

                    Very truly yours,

                    RICHARD A. POLACHEK

RAP/AMF
ENCLOSURES
CC:    Pam Dogger, Court Reporter
       Mr. Bernard Avernebe
       Dawn Bourassa, Commercial Liability Claims Specialist
       Claim No: 010171031223
       *(All With Enclosures)*



POLACHEK & ASSOCIATES, P.C.
22 EAST UNION STREET SUITE 600
WILKES-BARRE, PA 18701-2723

PNC BANK, NATIONAL ASSOCIATION
WILKES-BARRE, PA 18701
60-1/313

09670

8/24/2010

PAY TO THE
ORDER OF ___ James Bachman

Fifty Only*******

$**50.00

_____ DOLLARS

MEMO   Witness Fee (Patterson)

⑆009670⑆ ⑆03l300012⑈ 900917697 8⑈

POLACHEK & ASSOCIATES, P.C.
22 EAST UNION STREET SUITE 600
WILKES-BARRE, PA 18701-2723

PNC BANK, NATIONAL ASSOCIATION
WILKES-BARRE, PA 18701
60-1/313

09669

8/24/2010

PAY TO THE
ORDER OF ___ BENJAMIN BURGOS

$**50.00

Fifty Only********

DOLLARS

MEMO

Witness Fee (Patterson)

⑆009669⑆ ⑆031300012⑆ 9009172947⑈

© 2005 INTUIT INC. # 722  1-800-433-8810

POLACHEK & ASSOCIATES, P.C.
22 EAST UNION STREET SUITE 600
WILKES-BARRE, PA 18701-2723

© 2005 INTUIT INC. # 728  1-800-439-8810

09671

PNC BANK, NATIONAL ASSOCIATION
WILKES-BARRE, PA 18701
60-1/313

8/24/2010

PAY TO THE
ORDER OF ___ Darlene Burgos

$ **50.00

Fifty Only******

DOLLARS

MEMO    Witness Fee (Patterson)

MP

⑆009671⑆ ⑉0313000125⑉ 9009176978⑈

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* _____ Benjamin Burgos _____

was received by me on *(date)* __09/28/2010__ .

☒ I served the subpoena by delivering a copy to the named individual as follows: by U.S. Mail in care
of Attorney Sharon Lopez per agreement
_____ on *(date)* __9/28/2010__ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  50.00 (issued 08/24/2010)

My fees are $ _____ for travel and $ _____ for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:  09/28/2010                          _____
                                                        *Server's signature*

                                           Amy Flynn, Paralegal to Attorney Richard Polachek
                                                        *Printed name and title*
                                           Polachek & Associates, P.C.
                                           22 E. Union St., Ste. 600
                                           Wilkes-Barre, PA 18701-2723

                                           _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*     JAMES BACHMAN

was received by me on *(date)*    08/24/2010    .

☒ I served the subpoena by delivering a copy to the named individual as follows:   by U.S. Mail in care of
Attorney Sharon Lopez per agreement (see Acceptance of Service)

on *(date)*  08/24/2010 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   50.00    .

My fees are $ _____   for travel and $ _____   for services, for a total of $     0.00    .

I declare under penalty of perjury that this information is true.

Date:    08/24/2010

_____
*Server's signature*

Amy Flynn, Paralegal
_____
*Printed name and title*

Polachek & Associates, P.C.
22 E. Union St., Ste. 600
Wilkes-Barre, PA 18701-2723
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 88A  (Rev.  06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*   Darlene Burgos a/k/a Darlene Burgos-Patterson

was received by me on *(date)*   09/28/2010 .

☒ I served the subpoena by delivering a copy to the named individual as follows:   by U.S. Mail in care of

Attorney Sharon Lopez per agreement

_____   on *(date)*   9/28/10  ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$   50.00  (issued on ·08/24/2010)

My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date:  09/28/2010        _____
                                                        *Server's signature*

                                         Amy Flynn, Paralegal to Attorney Richard Polachek
                                         _____
                                                        *Printed name and title*

                                         Polachek & Associates, P.C.
                                         22 E. Union St., Ste. 600
                                         Wilkes-Barre, PA 18701-2723
                                         _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

Law Offices

## POLACHEK & CLARK, P.C.

RICHARD A. POLACHEK
THOMAS P. CLARK
TRICIA J. WATTERS
CHRISTOPHER D. GATES

PHOENIX PLAZA
SUITE 600
22 EAST UNION STREET
WILKES-BARRE, PENNSYLVANIA 18701-2723
(570) 822-8515
Fax (570) 822-5748
E-Mail PolachekLaw@epix.net

LACKAWANNA COUNTY OFFICE
SCRANTON LIFE BUILDING
SUITE 512, 538 SPRUCE STREET
SCRANTON, PA 18503
(570) 822-8515

April 24, 2013

*CERTIFIED MAIL, RETURN RECEIPT REQUESTED*
Mr. Benjamin Burgos
652 Hamilton Street
Lancaster, PA 17602-2131

**RE:   George Patterson v.  Bernard E. Averbeke d/b/a Freedom Used Cars**
**Docket No: 5:10-cv-00996- U.S.D.C. Eastern District of Pennsylvania**
**Our File No: 10-1035**

Dear Mr. Burgos:

      Enclosed please find an original Subpoena issued by the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania directing that you appear to testify at the Trial in the above captioned matter on to commence on Tuesday, May 7, 2013, at 9:30 a.m., in Courtroom 3B in the James A. Byrne U.S. Courthouse located at 601 Market Street, Philadelphia, Pennsylvania.

      I have also enclosed a Draft in the amount of $89.92 which represents the requisite witness fee for your Trial testimony and reimbursement for mileage to and from the U.S. Courthouse.

      Although the Subpoena directs you to appear at the Courthouse at 9:30 a.m. on Tuesday, May 7, 2013, you may not actually be called to testify until a later time that day or another day during the Trial. As such, please contact the undersigned upon receipt of this correspondence to discuss precisely when during the Trial we expect to call you to testify in this matter.

      Thank you.

Very truly yours,

RICHARD A. POLACHEK

RAP/AMF
ENCLOSURES
CC:   Mr. Benjamin Burgos *(Via Regular Mail - With Enclosures)*
      Sharon Lopez, Esquire  *(Via Regular Mail - With Enclosures)*
      Dawn Bourassa, Commercial Liability Claims Specialist
      Claim No: 010171031223 *(With Enclosures)*

AO 88  (Rev. 07/10)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*       Benjamin Burgos

was received by me on *(date)*    04/24/2013   .

☒  I served the subpoena by delivering a copy to the named person as follows:   via First Class

U.S. Certified Mail, Return Receipt Requested

on *(date)*      04/24/20133   ; or

☐  I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$     89.92         .

My fees are $                  for travel and $                  for services, for a total of $                  .

I declare under penalty of perjury that this information is true.

Date:   04/24/2013

_____
*Server's signature*

Richard A. Polachek, Esquire
_____
*Printed name and title*

22 East Union Street, Suite 600

Wilkes-Barre, PA 18701-2723
_____
*Server's address*

Additional information regarding attempted service, etc:

CASH ONLY IF ALL *ClickLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

**POLACHEK & CLARK, P.C.**
22 EAST UNION STREET SUITE 600
WILKES-BARRE, PA 18701-2723

12430

PNC BANK, NATIONAL ASSOCIATION
WILKES-BARRE, PA 18701
60-1/313

4/17/2013

PAY TO THE
ORDER OF     Benjamin Burgos

$ **89.92

Eighty-Nine and 92/100*******

DOLLARS

MEMO   Witness Fee/Trial (Patterson)

▲ TAMPER RESISTANT TONER AREA ▲

⑈012430⑈ ⑈031300012⑈ 9009176978⑈

Law Offices

# POLACHEK & CLARK, P.C.

RICHARD A. POLACHEK
THOMAS P. CLARK
TRICIA J. WATTERS
CHRISTOPHER D. GATES

PHOENIX PLAZA
SUITE 600
22 EAST UNION STREET
WILKES-BARRE, PENNSYLVANIA 18701-2723
(570) 822-8515
Fax (570) 822-5748
E-Mail PolachekLaw@epix.net

LACKAWANNA COUNTY OFFICE
SCRANTON LIFE BUILDING
SUITE 512, 538 SPRUCE STREET
SCRANTON, PA 18503
(570) 822-8515

April 24, 2013

*CERTIFIED MAIL, RETURN RECEIPT REQUESTED*
Mrs. Darlene Burgos-Patterson
823 Hershey Avenue
Lancaster, PA 17603-5862

**RE:    George Patterson v. Bernard E. Averbeke d/b/a Freedom Used Cars**
**Docket No: 5:10-cv-00996- U.S.D.C. Eastern District of Pennsylvania**
**Our File No: 10-1035**

Dear Mrs. Burgos-Patterson:

Enclosed please find an original Subpoena issued by the Clerk of Court for the United States District Court for the Eastern District of Pennsylvania directing that you appear to testify at the Trial in the above captioned matter on to commence on Tuesday, May 7, 2013, at 9:30 a.m., in Courtroom 3B in the James A. Byrne U.S. Courthouse located at 601 Market Street, Philadelphia, Pennsylvania.

I have also enclosed a Draft in the amount of $92.36 which represents the requisite witness fee for your Trial testimony and reimbursement for mileage to and from the U.S. Courthouse.

Although the Subpoena directs you to appear at the Courthouse at 9:30 a.m. on Tuesday, May 7, 2013, you may not actually be called to testify until a later time that day or another day during the Trial. As such, please contact the undersigned upon receipt of this correspondence to discuss precisely when during the Trial we expect to call you to testify in this matter.

Thank you.

Very truly yours,

RICHARD A. POLACHEK

RAP/AMF
ENCLOSURES
CC:    Mrs. Darlene Burgos-Patterson *(Via Regular Mail - With Enclosures)*
Sharon Lopez, Esquire  *(Via Regular Mail - With Enclosures)*
Dawn Bourassa, Commercial Liability Claims Specialist
Claim No: 010171031223 *(With Enclosures)*

AO 88  (Rev.07/10)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action  (page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)*  Darlene Burgos-Patterson

was received by me on *(date)*  04/24/2013  .

☒x  I served the subpoena by delivering a copy to the named person as follows:  via First Class

U.S. Certified Mail, Return Receipt Requested

on *(date)*  04/24/2013  ; or

☐  I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$  92.36  .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  04/24/2013

*Server's signature*

Richard A. Polachek, Esquire

*Printed name and title*

22 East Union Street, Suite 600
Wilkes-Barre, PA 18701-2723

*Server's address*

Additional information regarding attempted service, etc:



CASH ONLY IF ALL *CheckLock*™ SECURITY FEATURES LISTED ON BACK INDICATE NO TAMPERING OR COPYING

POLACHEK & CLARK, P.C.
22 EAST UNION STREET SUITE 600
WILKES-BARRE, PA 18701-2723

© 2011 INTUIT INC. # 1728  1-800-433-8810

PNC BANK, NATIONAL ASSOCIATION
WILKES-BARRE, PA 18701
60-1/313

12429

4/17/2013

PAY TO THE
ORDER OF

Darlene Burgos-Patterson

$ **92.36

Ninety-Two and 36/100********

DOLLARS

▲ TAMPER RESISTANT TONER AREA ▲

MEMO

Witness Fee/Trial (Patterson)

⑆012429⑆  ⑈031300011⑈  ⑉900917897811⑊



# The Quick Printers

Invoice   № 76527

Certified as a Woman Business Enterprise (WBE)
488 MARKET STREET • KINGSTON, PENNSYLVANIA 18704
(570) 287-4383 • FAX: (570) 287-8428 • www.thequickprinters.com
HOURS: Monday thru Friday 8:30 a.m. to 5:00 p.m.

DATE: 12-1-10

**PLEASE NOTE CHANGE OF REMITTANCE ADDRESS BELOW**

☐ SHIP   ☐ DELIVER   ☐ CALL

SOLD TO

Polachek & Associates
Phoenix Plaza Suite 600
22 E. Union Street W.B., PA 18701
Atty. Pam Clark.

PHONE:

☐ CASH
☐ CHECK  9547
☐ CHARGE
   TERMS: NET 15 DAYS
☐ VISA/MC/DIS/AE
☐ DEPOSIT

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| | Black copies (16,532 copies) | $ 1032.63 |
| | Labor time on files to pull file apart a copy / staple removal 18.5 hours × $35 insert color sheets put file back together. | 647.50 |
| | TYPESETTING/DESIGN FEE | |
| | Patterson v. Freedom Used Cars | |
| | Terms: NET 30 days No Third Party Billing | |

CUSTOMER SIGNATURE _____

**PLEASE REMIT PAYMENT TO:**
**488 MARKET STREET • KINGSTON, PA 18704**

PLEASE PAY FROM THIS INVOICE
**Thank You.**

| | |
|---|---|
| Sub-Total | $ 1680.13 |
| Tax | 100.81 |
| Total | 1780.94 |
| Deposit | |
| Shipping/Delivery | |
| BALANCE DUE | $ 1780.94 |

**FROM:**   **Ed Barth V    eo Services**

100 Jason Drive
Plains, PA 18705
(570) 655-5027 ✦ FAX (570) 819-3527

**TO:**  Atty. Richard A. Polachek
Phoenix Plaza - Suite 600
22 East Union Street
Wilkes Barre, Pa. 18701-2723

Date: Feb. 16, 2011

**INVOICE**   2512

This bill is rendered only as
an accommodation.
TERMS: DUE UPON RECEIPT.
Service Charge of 1.50% per month
(18% per annum).

YOUR ORDER NO.

For Labor and Services Furnished on   February 16, 2011
RE: Patterson vs. Avernehe, D/B/A Freedom Used Cars

3 dvd copies of video from inspection of Freedom Used Cars.

$ 135.00

**PAST DUE**

**EIN # 23-2666609**
FORM 30

---

**POLACHEK & ASSOCIATES, P.C.**
22 EAST UNION STREET SUITE 600
WILKES-BARRE, PA 18701-2723

PAY TO THE
ORDER OF    Ed Barth Video Services

One Hundred Thirty-Five Only******

MEMO  Inv#2512 (Patterson)

⑈0⑈0⑈64⑈⑈⑈  ⑈:03⑈3000⑈



# The Quick Printers

Invoice № 77237

*Certified as a Woman Business Enterprise (WBE)*

488 MARKET STREET • KINGSTON, PENNSYLVANIA 18704
(570) 287-4383 • FAX: (570) 287-8428 • www.thequickprinters.com
HOURS: Monday thru Friday 8:30 a.m. to 5:00 p.m.

DATE: 2-22-11

**PLEASE NOTE CHANGE OF REMITTANCE ADDRESS BELOW**

☐ SHIP   ☐ DELIVER   ☐ CALL

SOLD TO: *Polachel*

PHONE: *Ally Frank Wright*

☐ CASH
☐ CHECK
☑ CHARGE
　TERMS: NET 15 DAYS
☐ VISA/MC/DIS/AE
☐ DEPOSIT

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| 12214 | *Back copies - 3 copies * 4088 org* | $750.00 |
|  | *print + four inserts* |  |
|  |  |  |
|  | *RE: Patterson*  TYPESETTING/DESIGN FEE |  |

CUSTOMER SIGNATURE *Francis W. ___*

| | |
|---|---|
| Sub-Total | 750.00 |
| Tax | 45.00 |
| Total | 795.00 |
| Deposit |  |
| Shipping/Delivery |  |
| BALANCE DUE | 795.00 |

**PLEASE REMIT PAYMENT TO:**
**488 MARKET STREET • KINGSTON, PA 18704**

**PLEASE PAY FROM THIS INVOICE**

**Thank You.**



# The Quick Printers

Invoice № 82169

*Certified as a Woman Business Enterprise (WBE)*

488 MARKET STREET • KINGSTON, PENNSYLVANIA 18704
(570) 287-4383 • FAX: (570) 287-8428 • www.thequickprinters.com
HOURS: Monday thru Friday 8:30 a.m. to 5:00 p.m.

DATE: 12.5.12

☐ SHIP  ☐ DELIVER  ☐ CALL

S O L D: Polachek + Clark

☐ CASH
☐ CHECK
☑ CHARGE
  TERMS: NET 15 DAYS
☐ VISA/MC/DIS/AE
☐ DEPOSIT

T O  PHONE: Tricia

| QTY. | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 4 | copies ea. of 8 color photos (32 - 8½ x 11) | $14.40 |
| | | |
| | "Patterson" | |
| | | |
| | TYPESETTING/DESIGN FEE | |

CUSTOMER SIGNATURE: Tricia Watters

**PLEASE REMIT PAYMENT TO:**
**488 MARKET STREET • KINGSTON, PA 18704**

PLEASE PAY FROM THIS INVOICE
# Thank You.

| | |
|---|---|
| Sub-Total | 14.40 |
| Tax | .86 |
| Total | 15.26 |
| Deposit | |
| Shipping/Delivery | |
| BALANCE DUE | $15.26 |



# The Quick Printers

Invoice № 82251

*Certified as a Woman Business Enterprise (WBE)*

488 MARKET STREET • KINGSTON, PENNSYLVANIA 18704
(570) 287-4383 • FAX: (570) 287-8428 • www.thequickprinters.com
HOURS: Monday thru Friday 8:30 a.m. to 5:00 p.m.

DATE: 12/10/12

☐ SHIP  ☐ DELIVER  ☐ CALL

SOLD TO: Polachek + Assoc

PHONE:

☐ CASH
☐ CHECK
☐ CHARGE
TERMS: NET 15 DAYS
☐ VISA/MC/DIS/AE
☐ DEPOSIT

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| 441 | Pages x 7 sets - 3087 sheets | 325 00 |
|  | 3 hole drill |  |
|  |  |  |
|  | Patterson |  |
|  |  |  |
|  |  |  |
|  | TYPESETTING/DESIGN FEE |  |

CUSTOMER SIGNATURE

**PLEASE REMIT PAYMENT TO:**
**488 MARKET STREET • KINGSTON, PA 18704**

**PLEASE PAY FROM THIS INVOICE**

# Thank You.

| | |
|---|---|
| Sub-Total | 325 00 |
| Tax | 19 50 |
| Total | 344.50 |
| Deposit | |
| Shipping/Delivery | |
| BALANCE DUE | 344 50 |



*The Quick Printers*

Invoice № 83293

*Certified as a Woman Business Enterprise (WBE)*

488 MARKET STREET • KINGSTON, PENNSYLVANIA 18704
(570) 287-4383 • FAX: (570) 287-8428 • www.thequickprinters.com
HOURS: Monday thru Friday 8:30 a.m. to 5:00 p.m.

DATE: 5.3.13

☐ SHIP   ☐ DELIVER   ☐ CALL

SOLD TO: Polachek + Assoc

PHONE:

☐ CASH
☐ CHECK
☑ CHARGE
   TERMS: NET 15 DAYS
☐ VISA/MC/DIS/AE
☐ DEPOSIT

| QTY. | DESCRIPTION | AMOUNT |
|---|---|---|
| 431 | pages x 6 sets = 2586 sheets | 265.00 |
| 6 | color photos | |
| | 3 hole drill | |
| | | |
| | | |
| | | |
| | Patterson | |
| | | |
| | | |
| | TYPESETTING/DESIGN FEE | |
| | | |

CUSTOMER SIGNATURE

| | |
|---|---|
| Sub-Total | 265 00 |
| Tax | 15 90 |
| Total | 280.90 |
| Deposit | |
| Shipping/Delivery | |
| BALANCE DUE | 280 90 |

PLEASE REMIT PAYMENT TO:
488 MARKET STREET • KINGSTON, PA 18704

PLEASE PAY FROM THIS INVOICE
**Thank You.**



**that was easy.**

Low prices. Every item. Every day.
453 Arena Hub Plaza, Mundy St.
Wilkes Barre, PA 18702
(570) 824-8304

SALE                    1617816 1 001 69273
                        1200 05/03/13 11:50
QTY SKU                                PRICE


6   HEAVY DUTY BINDER
    077711799820        9.990ea        59.94
SUBTOTAL                               59.94

    Standard Tax 6.00%                  3.60

TOTAL                              $63.54


MasterCard                            63.54
Card No.: XXXXXXXXXXXX1064 [S]
Auth No.: 05507Z


TOTAL ITEMS   6



Save with Staples Brand products,
the most trusted brand in office products.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

Rewards members now get: 5% back in
rewards on everything! All products and
services-even technology. Free shipping
on staples.com orders. For full program
details visit staplesrewards.com.

1 2 0 0 0 5 0 3 1 3 6 9 2 7 3 0 1

Exhibit A Inc.
4 Crestmont Place
Clarks Summit, PA 18411

# Exhibit A ™
digital presentations for litigators

Phone: 570-587-3232
Fax: 888-725-8572
www.ExhibitAdigital.com

## VIA ELECTRONIC MAIL ONLY

DATE:        May 8, 2013

TO:          Richard A. Polachek, Esquire
             Polachek & Clark
             Suite 600, 22 East Union Street
             Wilkes-Barre PA 18701-2723

CASE:        Averbeke

PROFESSIONAL SERVICES RENDERED:

| DATE 2013 | HRS | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|
| 5/1 | 1.5 | Small Volume Scanning | 100 | $   150.00 |
| 5/6 | | Trial Attendance - 1/2 day | 900 | 900.00 |
| 5/7 | | Trial Attendance | 1400 | 1,400.00 |
| 5/8 | | Trial Attendance - 1/2 day | 900 | 900.00 |
| 5/6-5/8 | | Parking - 3 days | | 43.00 |
| | | **CURRENT AMOUNT DUE** | | $  3,393.00 |

Employer ID#   23-2966711

Invoice # 10-O-0165

October 15, 2010

Polachek & Associates, P.C.
Attention:  Amy Flynn [PolachekLaw@epix.net]
Paralegal to Attorney Richard Polachek
 22 East Union Street, Suite 600
Wilkes-Barre, PA 18701-27232

Re:  Spanish Interpretation assignment

Dear Amy:

  This invoice is for the assignment noted below.  The charges, at $50 per hour, are

summarized as follows:

| | |
|---|---|
| 10/15 – 4.50 hours time [10:45 am – 3:10 pm] | = $   225.00 |
| *This assignment for the deposition of Benjamin Burgos with Attorney Richard Polachek, held at Triquetra Law in Lancaster, PA.* | |
| Total Amount Due | = $   225.00 |

If you have any questions, please don't hesitate to contact me.

Please send payment to the below address.  Thank you for your patronage.

Sincerely,

Luz B. Meck
822 State Street
Lancaster, PA  17603-2645
717-291-9181
717-799-0524 [cell]

TaxID:  206661680