IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GEORGE PATTERSON,** | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-996 |
| | : | |
| **BERNARD AVERBEKE** | : | |
| d/b/a Freedom Used Cars, | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this 19th day of December, 2013, upon consideration of the defendant's motion for attorney's fees (Document #168), and the plaintiff's response thereto (Document #175), IT IS HEREBY ORDERED that the motion is DENIED.

FURTHERMORE, upon consideration of the plaintiff's motion for sanctions (Document #177) and the defendant's response thereto (Document #178), IT IS ORDERED that the motion is also DENIED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.