IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE PATTERSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BERNARD AVERNEBE | : | NO.10-cv-996 |

## JUDGMENT

**AND NOW**, this _13th_ day of March, 2014, judgment is hereby entered in favor of Bernard Avernebe, and against George Patterson, in the amount of $ 5,799.16.

_____
MICHAEL E. KUNZ
CLERK OF COURT